**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

A. ZAHNER COMPANY,

         Plaintiff

    v.

HENDRICK METAL PRODUCTS, LLC,

         Defendant.

Case No.  1:17-cv-4139

Jury Trial Demanded

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR**
**HENDRICK'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff A. Zahner Company ("Zahner") and Defendant Hendrick Metal Products, LLC ("Hendrick") hereby stipulate and agree to the following briefing schedule for Hendrick's Motion for Judgment on the Pleadings (Dkt. No. 24):

- Hendrick's opening brief: November 22, 2017

- Zahner's opposition brief: December 20, 2017

- Hendrick's reply brief: January 10, 2018

WHEREFORE, the parties respectfully request that the Court enter an Order adopting the schedule listed above.

Dated: November 22, 2017

Respectfully submitted,                    Respectfully submitted,

*s/ Scott R. Brown (with permission)*      *s/ David R. Cross*
Peter M. Spingola (IL ARDC 6243942)    David R. Cross
pspingola@chapmanspingola.com       david.cross@quarles.com
Bryce A. Budin (IL ARDC 6286816)      Johanna M. Wilbert (*pro hac vice*)
bbudin@chapmanspingola.com          johanna.wilbert@quarles.com
CHAPMAN SPINGOLA LLP           QUARLES & BRADY LLP
190 South LaSalle Street, Suite 3850    411 East Wisconsin Avenue Suite 2350
Chicago, Illinois 60603                Milwaukee, WI  53202-4426
Telephone: (312) 606-8754          Telephone: (414) 277-5000
Fax: (312) 630-9200                   Fax: (414) 978-8942

Scott R. Brown (*pro hac vice*)        Louis A. Klapp
sbrown@hoveywilliams.com          louis.klapp@quarles.com
HOVEY WILLIAMS LLP            QUARLES & BRADY LLP
10801 Mastin Boulevard, Suite 1000     300 North LaSalle Street, Suite 4000
Overland Park, Kansas 66210        Chicago, Illinois 60654
Telephone: (913) 642-9050          Telephone: (312) 715-2712
Fax: (913) 642-9057                 Fax: (312) 632-1948

*Attorneys for Plaintiff*             *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2017, I caused the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David R. Cross*